IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                PLAINTIFF

v.                                       No. 3:14-cv-254-DPM

DEMOCRATIC PARTY ARKANSAS; WILL BOND,
Individual Capacity, Chairman Democratic Party
Arkansas; CANDACE MARTIN, Individual Capacity,
Spokeswoman DPA; MIKE BEEBE, Head of
Democratic Party Arkansas, Individual Capacity;
MARY McGOWAN, Judge of Pulaski County Circuit
Court, Individual Capacity; and MARK MARTIN,
Chairman of State Election Commission/Secretary
of State, Individual Capacity                                                 DEFENDANTS

JUDGMENT

1. All Smith's claims against the Democratic Party of Arkansas, Will Bond, Candace Martin, and Mike Beebe are dismissed without prejudice.

2. All Smith's claims against Circuit Judge Mary McGowan are dismissed with prejudice.

3. Smith's federal claims against Secretary of State Mark Martin are dismissed with prejudice; Smith's state-law claims for libel and slander against Martin are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*18 September 2015*