IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                              PLAINTIFF

v.                                       No. 3:14-cv-254-DPM

DEMOCRATIC PARTY ARKANSAS; WILL BOND,
Individual Capacity, Chairman Democratic Party
Arkansas; CANDACE MARTIN, Individual Capacity,
Spokeswoman DPA; MIKE BEEBE, Head of
Democratic Party Arkansas, Individual Capacity;
MARY McGOWAN, Judge of Pulaski County Circuit
Court, Individual Capacity; and MARK MARTIN,
Chairman of State Election Commission/Secretary
of State, Individual Capacity                                                           DEFENDANTS


ORDER

Smith's motion to vacate the Judgment, № 47, is denied. First, his interlocutory appeal on Judge McGowan's judicial immunity did not deprive this Court of jurisdiction over the rest of the case. № 45. Second, his filing a motion to recuse did not automatically disqualify me. *Hammer v. Sam's East, Inc.*, 754 F.3d 492, 503 (8th Cir. 2014). I had to address his motion, which I did. № 40. I declined to recuse, and therefore could act further in the case. The Judgment, № 46, is not void.

So Ordered.

*WPMarshall Jr.*
_____
D.P. Marshall Jr.
United States District Judge

29 September 2015