IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                                                      PLAINTIFF

v.                                              No. 3:14-cv-254-DPM

DEMOCRATIC PARTY ARKANSAS; WILL BOND,
Individual Capacity, Chairman Democratic Party
Arkansas; CANDACE MARTIN, Individual Capacity,
Spokeswoman DPA; MIKE BEEBE, Head of
Democratic Party Arkansas, Individual Capacity;
MARY McGOWAN, Judge of Pulaski County Circuit
Court, Individual Capacity; MARK MARTIN,
Chairman of State Election Commission/Secretary
of State, Individual Capacity                                                                    DEFENDANTS

ORDER

Smith's arguments for reconsideration, № 50 & 51, are a bit murky. And the motion may be addressed to the Court of Appeals: it contains an appellate case number, but is styled in this Court. № 51 at 1. Smith's core point is that this Court erred in holding that Judge McGowan had judicial immunity against his claims arising from the state court litigation. № 15. This is Smith's third request to revisit that issue. № 17 & 40. If Smith is asking this Court to reconsider again, his latest motion, № 51, is denied for the reasons explained in the Court's three previous Orders about Judge McGowan's immunity.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2015