United States Court of Appeals
For the Eighth Circuit
_____

No. 15-3535
_____

Frederick Smith

*Plaintiff - Appellant*

v.   (3:14-cv-00254-DPM)

Democratic Party Arkansas; Will Bond, Individual Capacity Chairman Democratic Party Arkansas; Candace Martin, Individual Capacity Spokeswoman DPA; Mike Beebe, Head of Democratic Party Arkansas Individual Capacity; Mary McGowan, Judge of Pulaski County Circuit Court Individual Capacity; Mark Martin, Chairman of State Election Commission/Secretary of State Individual Capacity

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro
_____

Submitted: August 4, 2016
Filed: August 17, 2016
[Unpublished]
_____

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.
_____

PER CURIAM.

Frederick Smith appeals the adverse judgment entered by the district court[1] in his action asserting claims under, inter alia, 42 U.S.C. § 1983 and state law. Upon careful de novo review, we conclude that the district court appropriately disposed of Smith's claims. *See Anderson-Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo); *see also* 28 U.S.C. § 1367(c)(4) (addressing supplemental jurisdiction); *Mireles v. Waco*, 502 U.S. 9, 11-12 (1991) (per curiam) (discussing absolute judicial immunity); *King v. Beavers*, 148 F.3d 1031, 1035 n.4 (8th Cir. 1998) (discussing, inter alia, qualified immunity).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Smith's pending motions.

_____

---

[1] The Honorable D. P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2016

Mr. Fred Smith
P.O. Box 303
Crawfordsville, AR  72327

      RE:  15-3535  Frederick Smith v. Democratic Party Arkansas, et al

Dear Mr. Smith:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

                                    Michael E. Gans
                                    Clerk of Court

JPP

Enclosure(s)

cc:     Mr. AJ Kelly
         Ms. Jennifer L. Merritt

         District Court/Agency Case Number(s):   3:14-cv-00254-DPM



**Re-send: 15-3535 Frederick Smith v. Democratic Party Arkansas, et al "per curiam opinion filed" (3:14-cv-00254-DPM)**

ca08ml_cmecf_Notify   to:   08/17/2016 01:49 PM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Amended 08/17/2016 13:49:20: Notice of Docket Activity**

The following transaction was filed on 08/17/2016

| | |
|---|---|
| **Case Name:** | Frederick Smith v. Democratic Party Arkansas, et al |
| **Case Number:** | 15-3535 |
| **Document(s):** | Document(s) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: Steven M. Colloton, Pasco M. Bowman and Raymond W. Gruender (UNPUBLISHED) All pending motions are denied.[4432206-2] [ 4366788-2] [4366787-2] [4366786-2] [4438322] [15-3535] (Jackie Polk)

**Notice will be electronically mailed to:**

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** per curiam opinion filed
**Original Filename:** 153535U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/17/2016] [FileNumber=4438322-0] [4b1f958112ed4065a348830defe9c7121c76d3e2f3528a91568e4d304985e41ea83c531255f37d7c 63d9cef7393011f98add2b2d8dc5fe382e58674495fc287d]]

**Document Description:** Cover Letter
**Original Filename:**
/opt/ACECF/live/forms/jackiepolk_153535_4438322_GeneralCoverLetters_122.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/17/2016] [FileNumber=4438322-1]

[64aa121430b0887333030065ddfc24d59ae4fde5ef9a398b5327b4402d952bf8fd3091b40a2ee461
6d4c53d469f04d575ba57955876d6d002224cd4aba999be3]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4438322
**RELIEF(S) DOCKETED:**
  not for publication
  for miscellaneous relief
  to strike
  to strike
  to strike
**DOCKET PART(S) ADDED:** 5616830, 5616831, 5616832, 5605283, 5482702, 5482700, 5482698